Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 19–25502–MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joseph Lombardi | Lorie A Lombardi |
| 17 London Drive | 17 London Drive |
| Jackson, NJ 08527 | Jackson, NJ 08527 |

Social Security No.:
  xxx–xx–4444                             xxx–xx–0449

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         10/15/19
Time:        10:00 AM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 19, 2019
JAN: wdr

                                              Jeanne Naughton
                                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 19-25502-MBK
Joseph Lombardi                                                             Chapter 13
Lorie A Lombardi
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Aug 19, 2019
                              Form ID: 132             Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2019.
db/jdb         +Joseph Lombardi,    Lorie A Lombardi,    17 London Drive,    Jackson, NJ 08527-2615
518401216      +Chase Auto,    Po Box 901003,    Ft Worth, TX 76101-2003
518401219      +Credit One Bank Na/LVNV Funding,    Po Box 98875,    Las Vegas, NV 89193-8875
518401220      +Dept of Taxation & Finance,    NYS Assessment Receivables,    PO Box 4127,
                 Binghamton, NY 13902-4127
518401221      +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
518401223      +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
518401230       Macy's,    PO Bo x9001094,    Louisville, KY 40290
518401231      +McGovern Legal Services, LLC,    850 Carolier Lane,    North Brunswick, NJ 08902-3312
518401232      +Mercantile Adjustment Bureau,    PO Box 9055,    Buffalo, NY 14231-9055
518401235      +Midland Funding/Best Buy,    Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
518401236      +Mr. Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
518401237      +Nationstar/Mr Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
518401238      +New Jersey Natural Gas,    PennCredit,    PO Box 69703,    Harrisburg, PA 17106-9703
518401239      +Nissan,    PO Box 742658,    Cincinnati, OH 45274-2658
518401242      +Portfolio- The Home Depot,    120 Corporate Blvd, Ste 1,    Norfolk, VA 23502-4952
518401243      +Sixty Acre Reserve Condo Assoc,    Taylor Management Company,    1 Nature Blvd,
                 Jackson, NJ 08527-4100
518401244      +State of NJ- Division of Taxation,    Pioneer Credit Recovery,    PO Box 1018,
                 Moorestown, NJ 08057-0018
518401245      +TD Bank,    PO Box 16029,    Lewiston, ME 04243-9507
518401246      +Tenaglia & Hunt,    395 West Passaic Street,    Suite 205,    Rochelle Park, NJ 07662-3016
518401247      +Tenaglia & Hunt, P.A.,    395 West Passaic St.   Suite 205,    Rochelle Park, NJ 07662-3016
518401248      +Toyota Motor Credit,    Po Box 9786,    Cedar Rapids, IA 52409-0004
518401249       TransUnion,    P.O. Box 2000,    Crum Lynne, PA 19022
518401250       U S Dept Of Ed/Gsl/Atl,    Po Box 4222,    Iowa City, IA 52244
518401251      +Wells Fargo Dealer Svc,    Po Box 10709,    Raleigh, NC 27605-0709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 20 2019 00:20:54      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 20 2019 00:20:49      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518401215       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 20 2019 00:24:58
                 Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
518401217      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 20 2019 00:20:30      Comenitybank/Victoria,
                 Po Box 182789,    Columbus, OH 43218-2789
518401218      +E-mail/PDF: creditonebknotifications@resurgent.com Aug 20 2019 00:25:33      Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
518401222      +E-mail/Text: bankruptcy.notices@hdfsi.com Aug 20 2019 00:21:30      Esb/Harley Davidson Cr,
                 Po Box 21829,    Carson City, NV 89721-1829
518401224      +E-mail/Text: fggbanko@fgny.com Aug 20 2019 00:19:53      Forster Garbus & Garbus,
                 7 Banta Place,    Hackensack, NJ 07601-5604
518401225      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 20 2019 00:20:17      Gm Financial,
                 Po Box 181145,    Arlington, TX 76096-1145
518401226      +E-mail/Text: cio.bncmail@irs.gov Aug 20 2019 00:20:12      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
518401227      +E-mail/Text: bncnotices@becket-lee.com Aug 20 2019 00:19:59      Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
518401228      +E-mail/Text: bncnotices@becket-lee.com Aug 20 2019 00:19:59      Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
518401229      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 20 2019 00:35:50      Lvnv Funding Llc,
                 Po Box 1269,    Greenville, SC 29602-1269
518401233      +E-mail/Text: bkr@cardworks.com Aug 20 2019 00:18:51      Merrick Bank Corp,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
518401234      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 20 2019 00:20:48      Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
518401241      +E-mail/PDF: cbp@onemainfinancial.com Aug 20 2019 00:24:44      Onemain,    PO Box 742536,
                 Cincinnati, OH 45274-2536
                                                                                              TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518401240       Onemain
518401252       Wff Cards
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Aug 19, 2019
                              Form ID: 132             Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Marc C Capone    on behalf of Debtor Joseph  Lombardi 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
              Marc C Capone    on behalf of Joint Debtor Lorie A Lombardi 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 4
```