STATISTICAL INFORMATION ONLY - Debtor must select the number of each of the following items included in the Plan.

<u>1</u>  Valuation of Security           _ Assumption of Executory Contract or Unexpired Lease           <u>1</u>  Lien Avoidance

Last revised: September 1, 2018

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

In Re: <u>Joseph Lombardi & Lorie Lombardi</u>               Case No.:  <u>19-25502</u>

Debtor(s)                                              Judge:  Michael B. Kaplan

**Chapter 13 Plan and Motions**

[X] Original                    ☐ Modified/Notice Required

[X] Motions Included            ☐ Modified/No Notice Required        Date:  <u>07/30/2019</u>

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULTS IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney:  <u>  MCC  </u>           Initial Debtor: <u>JL  </u>           Initial Co-Debtor:  <u>  LL   </u>

## Part 1: Payment and Length of Plan

a. The debtor shall pay **$950.00** per Month to the Chapter 13 Trustee, starting on **September 1, 2019** for approximately **20** months and then the debtor shall pay **$1,150.00** per Month to the Chapter 13 Trustee, starting on **April 1, 2021** for approximately **15** months, and then the debtor shall pay **$1,350.00** per Month to the Chapter 13 Trustee, starting on **August 1, 2022** for approximately **25** months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☑ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
  Description: _____
  Proposed date for completion: _____

☐ Refinance of real property:
  Description: _____
  Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
  Description: _____
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection ☐ None

a. Adequate protection payments will be made in the amount of $_____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $_____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| GILLMAN, BRUTON & CAPONE, LLC | Attorney's Fees | Attorney's fees shall be paid on an hourly basis at the rate of $425.00 per hour. Counsel will file a fee application in accordance with the Local Rules. Counsel estimates there will be approximately $3,500.00 paid through the plan. |
| DOMESTIC SUPPORT OBLIGATION | | $0.00 |
| Internal Revenue Service | Tax Obligation-2018 | $6,087.00 |
| State of NJ-Division of Taxation | Tax Obligation | $2,117.43 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☐ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 4: Secured Claims

a. Curing Default and Maintaining Payments on Principal Residence

☐ NONE

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Mr. Cooper | 17 London Drive | $9,168.07 | 0.00% | $9,168.07 | $2,176.57 |

b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:

☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Nationstar/Mr Cooper | 171 Lilac Court | $3,427.33 | 0.00% | $3,427.33 | $972.00 |
| Sixty Acre Reserve Condo Assoc | 171 Lilac Court | $8,230.27 | 0.00% | $8,230.27 | $210.00 |
| Esb/Harley Davidson Cr | 2008 Harley Davidson FXSTSSE | $1,321.61 | 0.00% | $1,321.61 | $240.45 |
| Esb/Harley Davidson Cr | 2016 Harley Davidson XL1200X Sportster | $732.14 | 0.00% | $732.14 | $161.01 |
| Gm Financial | 2014 Honda Accord | $938.00 | 0.00% | $938.00 | $334.43 |
|  |  |  |  |  |  |

c. Secured claims excluded from 11 U.S.C. 506:

☐ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid Through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments

☑ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| TD Bank | 17 London Drive | $89,559.46 | $286,167.00 | $327,640.96 | $0.00 | 0.00 | 0.00 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

e. Surrender

☑ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

f. Secured Claims Unaffected by the Plan [ ] NONE
The following secured claims are unaffected by the Plan:

Chase Auto (2011 Mazda S3)

Wells Fargo  (Nissan Altima)

g. Secured Claims to be Paid in Full Through the Plan: ☐ NONE

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| Internal Revenue Service | Personal Property | $23,294.06 @ 6% Interest-total to be paid $27,020.37 |

## Part 5: Unsecured Claims
☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $0.00 to be distributed *pro rata*

☐ Not less than 0.00% percent

[X] *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis of Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 6: Executory Contracts and Unexpired Leases
☑ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| Toyota Motor Credit | | 2017 Lexus NX | Assume | $199.70 |

## Part 7: Motions    ☐ NONE

NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service* must be filed with the Clerk of Court when the plan and transmittal notice are served.

a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☒ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**

☐

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Schedule Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| TD Bank | 17 London Drive | $89,559.46 | $286,167.00 | $327,640.96 | 0.00 | $89,559.46 |

c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.  ☐ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

## Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**

[X] Upon confirmation

☐ Upon discharge

b. **Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions

2) Attorney's Fees/Administration costs

3) Secured Claims

4) Priority Claims

5) Unsecured Claims

d. **Post-Petition Claims**

The Trustee ☐ is, [X] is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9: Modification   ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified:_____.

Explain below **why** the plan is being modified:                Explain below **how** the plan is being modified:

Are Schedules I and J being filed simultaneously with this Modified Plan?   ☐ Yes   ☐ No

### Part 10: Non-Standard Provision(s): Signatures Required

**Non-Standard Provisions Requiring Separate Signatures:**

☑ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

### Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, Chapter 13 Plan and Motions, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

| | |
|---|---|
| Date: 07/30/2019 | /s/ Joseph Lombardi |
| | Debtor |
| Date: 07/30/2019 | /s/ Lorie A Lombardi |
| | Joint Debtor |
| Date: 07/30/2019 | Marc Capone |
| | Attorney for the Debtor |

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-25502-MBK
Joseph Lombardi                                                       Chapter 13
Lorie A Lombardi
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Aug 19, 2019
                              Form ID: pdf901          Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2019.
```
db/jdb         +Joseph Lombardi,    Lorie A Lombardi,    17 London Drive,    Jackson, NJ 08527-2615
518401216      +Chase Auto,    Po Box 901003,    Ft Worth, TX 76101-2003
518401219      +Credit One Bank Na/LVNV Funding,    Po Box 98875,    Las Vegas, NV 89193-8875
518401220      +Dept of Taxation & Finance,    NYS Assessment Receivables,    PO Box 4127,
                 Binghamton, NY 13902-4127
518401221      +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
518401223      +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
518401230       Macy's,    PO Bo x9001094,    Louisville, KY 40290
518401231      +McGovern Legal Services, LLC,    850 Carolier Lane,    North Brunswick, NJ 08902-3312
518401232      +Mercantile Adjustment Bureau,    PO Box 9055,    Buffalo, NY 14231-9055
518401235      +Midland Funding/Best Buy,    Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
518401236      +Mr. Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
518401237      +Nationstar/Mr Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
518401238      +New Jersey Natural Gas,    PennCredit,    PO Box 69703,    Harrisburg, PA 17106-9703
518401239      +Nissan,    PO Box 742658,    Cincinnati, OH 45274-2658
518401242      +Portfolio- The Home Depot,    120 Corporate Blvd, Ste 1,    Norfolk, VA 23502-4952
518401243      +Sixty Acre Reserve Condo Assoc,    Taylor Management Company,    1 Nature Blvd,
                 Jackson, NJ 08527-4100
518401244      +State of NJ- Division of Taxation,    Pioneer Credit Recovery,    PO Box 1018,
                 Moorestown, NJ 08057-0018
518401245      +TD Bank,    PO Box 16029,    Lewiston, ME 04243-9507
518401246      +Tenaglia & Hunt,    395 West Passaic Street,    Suite 205,    Rochelle Park, NJ 07662-3016
518401247      +Tenaglia & Hunt, P.A.,    395 West Passaic St. Suite 205,    Rochelle Park, NJ 07662-3016
518401248      +Toyota Motor Credit,    Po Box 9786,    Cedar Rapids, IA 52409-0004
518401249       TransUnion,    P.O. Box 2000,    Crum Lynne, PA 19022
518401250       U S Dept Of Ed/Gsl/Atl,    Po Box 4222,    Iowa City, IA 52244
518401251      +Wells Fargo Dealer Svc,    Po Box 10709,    Raleigh, NC 27605-0709
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 20 2019 00:20:54     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 20 2019 00:20:49     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518401215       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 20 2019 00:24:30
                 Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
518401217      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 20 2019 00:20:30     Comenitybank/Victoria,
                 Po Box 182789,    Columbus, OH 43218-2789
518401218      +E-mail/PDF: creditonebknotifications@resurgent.com Aug 20 2019 00:25:02     Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
518401222      +E-mail/Text: bankruptcy.notices@hdfsi.com Aug 20 2019 00:21:30     Esb/Harley Davidson Cr,
                 Po Box 21829,    Carson City, NV 89721-1829
518401224      +E-mail/Text: fggbanko@fgny.com Aug 20 2019 00:19:53     Forster Garbus & Garbus,
                 7 Banta Place,    Hackensack, NJ 07601-5604
518401225      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 20 2019 00:20:17     Gm Financial,
                 Po Box 181145,    Arlington, TX 76096-1145
518401226      +E-mail/Text: cio.bncmail@irs.gov Aug 20 2019 00:20:12     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
518401227      +E-mail/Text: bncnotices@becket-lee.com Aug 20 2019 00:19:58     Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
518401228      +E-mail/Text: bncnotices@becket-lee.com Aug 20 2019 00:19:59     Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
518401229      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 20 2019 00:25:03     Lvnv Funding Llc,
                 Po Box 1269,    Greenville, SC 29602-1269
518401233      +E-mail/Text: bkr@cardworks.com Aug 20 2019 00:18:51     Merrick Bank Corp,    Po Box 9201,
                 Old Bethpage, NY 11804-0001
518401234      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 20 2019 00:20:48     Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
518401241      +E-mail/PDF: cbp@onemainfinancial.com Aug 20 2019 00:24:18     Onemain,    PO Box 742536,
                 Cincinnati, OH 45274-2536
                                                                                              TOTAL: 15
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518401240        Onemain
518401252        Wff Cards
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin                Page 2 of 2                 Date Rcvd: Aug 19, 2019
                              Form ID: pdf901            Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2019                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Marc C Capone    on behalf of Debtor Joseph  Lombardi 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
              Marc C Capone    on behalf of Joint Debtor Lorie A Lombardi 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 4
```