UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                              Bankr. Case No. 19-25502-13

LORIE A. LOMBARDI                                                   Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096


By  /s/  Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                      Bankr. Case No. 19-25502-13

LORIE A. LOMBARDI                                                               Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on August 14, 2019 :

| | |
|---|---|
| MARC C CAPONE<br>770 Amboy Avenue<br>Edison, NJ 08837 | Albert Russo<br>CN 4853<br>Trenton, NJ 08650 |

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx49966 / 997627