MCGOVERN LEGAL SERVICES, LLC
BY: MARLENA S. DIAZ-COBO, ESQ.
850 CAROLIER LANE
NORTH BRUNSWICK, NEW JERSEY 08902
(732) 246-1221
ATTORNEYS FOR SIXTY ACRE RESERVE CONDOMINIUM ASSOCIATION, INC.

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY IN PROCEEDINGS UNDER CHAPTER 13 OF THE BANKRUPTCY CODE |
| JOSEPH LOMBARDI | CASE NO.:   19-25502 MBK |
| Debtor. | **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS** |

TO:   CLERK, UNITED STATES BANKRUPTCY COURT
402 East State Street
Trenton, NJ 08608
Telephone: 609-989-2200

Marc C. Capone, Esq.
Gillman, Bruton & Capone, LLC
770 Amboy Avenue
Edison, New Jersey 08837

TRUSTEE
Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, New Jersey 08650

U.S. TRUSTEE
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

1

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel to Sixty Acre Reserve Condominium Association, Inc., in the above captioned matter. Pursuant to Bankruptcy Rules 2002 and 9010, request is hereby made that all papers, pleadings and applications served or required to be served in this case be given to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules cited above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether conveyed by mail, email, telephone, telegraph, telex or otherwise which may affect the rights or interests, in any way of/in the above-captioned matter.

MCGOVERN LEGAL SERVICES, LLC
Attorneys for Sixty Acre Reserve Condominium Association, Inc.

DATED: 8/27/19

By: _____
MARLENA S. DIAZ-COBO, ESQ.

## CERTIFICATION OF SERVICE

I, Marlena S. Diaz-Cobo, Esq., do certify that a true copy of the Notice of Appearance and Demand for Service of Papers was served upon those individuals and/or entities listed on the attached service list via electronic service on 8/27/19.

DATED: 8/27/19            By: _____
                               MARLENA S. DIAZ-COBO, ESQ.

## SERVICE LIST

**Via Electronic Service**

CLERK, UNITED STATES BANKRUPTCY COURT
402 East State Street
Trenton, NJ 08608
Telephone: 609-989-2200

Marc C. Capone, Esq.
Gillman, Bruton & Capone, LLC
770 Amboy Avenue
Edison, New Jersey 08837

TRUSTEE
Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, New Jersey 08650

U.S. TRUSTEE
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

3