**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 19-25502-MBK** |
| | **CHAPTER 13** |
| **Joseph Lombardi,** | |
|    Debtor. | |
| | |
| **Lorie A Lombardi,** | |
|    Joint Debtor. | |
| _____/ | |

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF CITIGROUP MORTGAGE LOAN TRUST 2019-C ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**

                                              RAS Crane, LLC
                                              Attorney for Secured Creditor
                                              10700 Abbott's Bridge Road, Suite 170
                                              Duluth, GA 30097
                                              Telephone: 470-321-7112
                                              By: /s/Shauna Deluca
                                              Shauna Deluca, Esquire
                                              Email: sdeluca@rasflaw.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 15, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JOSEPH LOMBARDI
17 LONDON DRIVE
JACKSON, NJ 08527

LORIE A LOMBARDI
17 LONDON DRIVE
JACKSON, NJ 08527

MARC C CAPONE
GILLMAN, BRUTON & CAPONE, LLC
770 AMBOY AVENUE
EDISON, NJ 08837

ALBERT RUSSO
CHAPTER 13 STANDING TRUSTEE
CN 4853
TRENTON, NJ 08650-4853

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

                                                RAS Crane, LLC
                                                Attorney for Secured Creditor
                                                10700 Abbott's Bridge Road, Suite 170
                                                Duluth, GA 30097
                                                Telephone: 470-321-7112
                                                By: /s/Shauna Deluca
                                                Shauna Deluca, Esquire
                                                Email: sdeluca@rasflaw.com