AMENDED

**Fill in this information to identify your case:**

Debtor 1: Joseph Lombardi (First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): Lorie A Lombardi (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: District of New Jersey

Case number: 19-25502 (If known)

☑ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B* ................................................. $440,908.00
   1b. Copy line 62, Total personal property, from *Schedule A/B* ..................................... $67,392.00
   1c. Copy line 63, Total of all property on *Schedule A/B* .............................................. $508,300.00

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............ $621,521.04

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ......................... $11,595.20
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* .................. + $76,434.89

   Your total liabilities  $709,551.13

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* .................................. $11,392.07

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ............................................... $10,527.07

Debtor 1 ___Joseph__Middle Name__Lombardi_____    Case number (*if known*) __19-25502__
         First Name   Middle Name   Last Name

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
    ☒ Yes

7. **What kind of debt do you have?**

    ☒ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.        $ 15,451.21

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 11,595.20 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 45,337.75 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 56,932.95 |

AMENDED

**Fill in this information to identify your case:**

Debtor 1: Joseph Lombardi
Debtor 2 (Spouse, if filing): Lorie A Lombardi

United States Bankruptcy Court for the: District of New Jersey

Case number (If known): 19-25502

Check if this is:
☑ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income                                                12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | Pressman | Sleep Technologist |
| Employer's name | Daily News LP | Saint Barnabas Medical Center |
| Employer's address | | |
| How long employed there? | 27 years | 7 years |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|   | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 6,930.13 | $ 5,047.08 |
| 3. Estimate and list monthly overtime pay. | +$ 0.00 | +$ 74.11 |
| 4. Calculate gross income. Add line 2 + line 3. | $ 6,930.13 | $ 5,121.19 |

Official Form 106I                    **Schedule I: Your Income**                    page 1

AMENDED

Debtor 1  Joseph  Lombardi
         First Name   Middle Name   Last Name

Case number *(if known)* 19-25502

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 4. Copy line 4 here | $ 6,930.13 | $ 5,121.19 |

5. **List all payroll deductions:**

| | | |
|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | $ 1,232.15 | $ 916.45 |
| 5b. Mandatory contributions for retirement plans | $ 0.00 | $ 524.55 |
| 5c. Voluntary contributions for retirement plans | $ 22.08 | $ 0.00 |
| 5d. Required repayments of retirement fund loans | $ 297.08 | $ 93.28 |
| 5e. Insurance | $ 0.00 | $ 43.26 |
| 5f. Domestic support obligations | $ 0.00 | $ 0.00 |
| 5g. Union dues | $ 162.50 | $ 0.00 |
| 5h. Other deductions. Specify: 401k Loan, 401K Loan 2 | + $ 334.29 | + $ 137.21 |
| Supplemental Life, Omnia | $ 45.75 | $ 122.28 |
| Press Welfare Contr, Child/Spouse & Opt Life | $ 331.66 | $ 36.67 |
| Child Life; Opt Life & Spousal Life | $ | $ 18.49 |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.  $ 2,425.52   $ 1,892.19
7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.  $ 4,504.61   $ 3,229.01

8. **List all other income regularly received:**

   8a. **Net income from rental property and from operating a business, profession, or farm**
   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   $ 1,100.00   $ 0.00

   8b. **Interest and dividends**   $ 0.00   $ 0.00

   8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   $ 0.00   $ 0.00

   8d. **Unemployment compensation**   $ 0.00   $ 0.00

   8e. **Social Security**   $ 0.00   $ 0.00

   8f. **Other government assistance that you regularly receive**
   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
   Specify: _____   $ 0.00   $ 0.00

   8g. **Pension or retirement income**   $ 0.00   $ 0.00

   8h. **Other monthly income.** Specify: See continuation page attached   + $ 1,002.17   + $ 1,556.28

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   $ 2,102.17   $ 1,556.28

10. **Calculate monthly income.** Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   $ 6,606.78 + $ 4,785.29 = $ 11,392.07

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____   11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies   12. $ 11,392.07

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☐ No.
    ☑ Yes. Explain:  Yes, Mrs. Lombardi's pension loan will end in August 2020, thus an additional $93/month will be available to the fund the debtor's plan.

Official Form 106I                    Schedule I: Your Income                    page 2

**Continuation Sheet for Official Form 106I**

8h. Other Monthly Income:

Son's Contribution for Car payment    $476.00
(2014 Honda) (Debtor)

Son's Contribution for car payment    $526.17
(2013 Nissan) & ( 2008 Harley) (Debtor)

Son's Contribution for car payment    $566.28
(2011 Mazda) & (16 Harley) (Joint
Debtor)

Wife's PT Job at Ocean Heart Inc.    $990.00
Average monthly income (Joint Debtor)

AMENDED

**Fill in this information to identify your case:**

Debtor 1 — Joseph Lombardi
(First Name) (Middle Name) (Last Name)

Debtor 2 — Lorie A Lombardi
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the District of New Jersey

Case number 19-25502
(If known)

☒ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No
☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ /s/ Joseph Lombardi
Signature of Debtor 1

Date 11/21/2019
MM / DD / YYYY

✗ /s/ Lorie A Lombardi
Signature of Debtor 2

Date 11/21/2019
MM / DD / YYYY

Official Form 106Dec    **Declaration About an Individual Debtor's Schedules**