Form 186 – ntc13plnprior

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–25502–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph Lombardi  
17 London Drive  
Jackson, NJ 08527

Lorie A Lombardi  
17 London Drive  
Jackson, NJ 08527

Social Security No.:
  xxx–xx–4444                                              xxx–xx–0449

Employer's Tax I.D. No.:

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION;
FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on August 16, 2019 and a confirmation hearing on such Plan has been scheduled for December 3, 2019.

The debtor filed a Modified Plan on November 21, 2019 and a confirmation hearing on the Modified Plan is scheduled for January 8, 2020 @ 10:00. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.


Dated: November 25, 2019
JAN: wdr

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                           Case No. 19-25502-MBK
Joseph Lombardi                                                  Chapter 13
Lorie A Lombardi
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 3                  Date Rcvd: Nov 25, 2019
                              Form ID: 186                Total Noticed: 62


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 27, 2019.
db/jdb         +Joseph Lombardi,    Lorie A Lombardi,    17 London Drive,    Jackson, NJ 08527-2615
cr             +Sixty Acre Reserve Condominium Association, Inc.,     c/o McGovern Legal Services, LLC,
                 850 Carolier Lane,    North Brunswick, NJ 08902-3312
cr             +U.S. Bank Trust National Association,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
518482062       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518401216      +Chase Auto,    Po Box 901003,    Ft Worth, TX 76101-2003
518401219      +Credit One Bank Na/LVNV Funding,    Po Box 98875,    Las Vegas, NV 89193-8875
518401220      +Dept of Taxation & Finance,    NYS Assessment Receivables,    PO Box 4127,
                 Binghamton, NY 13902-4127
518401221      +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
518401223      +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
518450035      +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
518401230       Macy's,    PO Bo x9001094,    Louisville, KY 40290
518401231      +McGovern Legal Services, LLC,    850 Carolier Lane,    North Brunswick, NJ 08902-3312
518401232      +Mercantile Adjustment Bureau,    PO Box 9055,    Buffalo, NY 14231-9055
518506928      +Midland Funding LLC,    PO Box 2037,    Warren, MI 48090-2037
518401235      +Midland Funding/Best Buy,    Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
518401236      +Mr. Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
518474949      +NATIONSTAR MORTGAGE LLC DBA MR COOPER,    ATTN: BANKRUPTCY DEPT,    PO BOX 619096,
                 DALLAS, TX 75261-9096
518416175      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
518401237      +Nationstar/Mr Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
518401238      +New Jersey Natural Gas,    PennCredit,    PO Box 69703,    Harrisburg, PA 17106-9703
518447450      +New York State Dept of Taxation,    POB 4301,    Albany, NY 12205-0300
518401239      +Nissan,    PO Box 742658,    Cincinnati, OH 45274-2658
518401242      +Portfolio- The Home Depot,    120 Corporate Blvd, Ste 1,    Norfolk, VA 23502-4952
518581898     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,     Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
518401243      +Sixty Acre Reserve Condo Assoc,    Taylor Management Company,    1 Nature Blvd,
                 Jackson, NJ 08527-4100
518401244      +State of NJ- Division of Taxation,    Pioneer Credit Recovery,    PO Box 1018,
                 Moorestown, NJ 08057-0018
518401245      +TD Bank,    PO Box 16029,    Lewiston, ME 04243-9507
518401246      +Tenaglia & Hunt,    395 West Passaic Street,    Suite 205,    Rochelle Park, NJ 07662-3016
518401247      +Tenaglia & Hunt, P.A.,    395 West Passaic St. Suite 205,    Rochelle Park, NJ 07662-3016
518463945      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
518401248      +Toyota Motor Credit,    Po Box 9786,    Cedar Rapids, IA 52409-0004
518401249       TransUnion,    P.O. Box 2000,    Crum Lynne, PA 19022
518401250      +U S Dept Of Ed/Gsl/Atl,    Po Box 4222,    Iowa City, IA 52244
518516674      +U.S.BANK TRUST NATIONAL ASSOCIATION,    FAY SERVICING, LLC,    P.O. BOX 814609,
                 Dallas, TX 75381-4609
518479780      +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh NC 27605-1000
518478062       Wells Fargo Bank, N.A., Wells Fargo Card Services,     PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
518401251      +Wells Fargo Dealer Svc,    Po Box 10709,    Raleigh, NC 27605-0709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 26 2019 00:10:43      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 26 2019 00:10:38      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518424043       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 26 2019 00:10:08
                 Americredit Financial Services, Inc.,    Dba GM Financial,    P.O Box 183853,
                 Arlington, TX 76096
518401215       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 26 2019 00:15:26
                 Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
518454318      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 26 2019 00:28:36
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518401217      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 26 2019 00:10:26      Comenitybank/Victoria,
                 Po Box 182789,    Columbus, OH 43218-2789
518401218      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 26 2019 00:15:34      Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
518514863       E-mail/Text: bnc-quantum@quantum3group.com Nov 26 2019 00:10:35
                 Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
518401222      +E-mail/Text: bankruptcy.notices@hdfsi.com Nov 26 2019 00:11:12      Esb/Harley Davidson Cr,
                 Po Box 21829,    Carson City, NV 89721-1829
```

```
District/off: 0312-3          User: admin              Page 2 of 3                   Date Rcvd: Nov 25, 2019
                              Form ID: 186             Total Noticed: 62

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518401224      +E-mail/Text: fggbanko@fgny.com Nov 26 2019 00:09:48      Forster Garbus & Garbus,
                 7 Banta Place,    Hackensack, NJ 07601-5604
518401225      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 26 2019 00:10:08      Gm Financial,
                 Po Box 181145,    Arlington, TX 76096-1145
518401226      +E-mail/Text: cio.bncmail@irs.gov Nov 26 2019 00:10:04      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
518401227      +E-mail/Text: bncnotices@becket-lee.com Nov 26 2019 00:09:55      Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
518401228      +E-mail/Text: bncnotices@becket-lee.com Nov 26 2019 00:09:55      Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
518424901       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 26 2019 00:17:11      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518401229      +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 26 2019 00:17:13      Lvnv Funding Llc,
                 Po Box 1269,    Greenville, SC 29602-1269
518427244       E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 26 2019 00:15:17      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
518401233      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 26 2019 00:16:02      Merrick Bank Corp,
                 Po Box 9201,    Old Bethpage, NY 11804-9001
518401234      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 26 2019 00:10:37      Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
518512292      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 26 2019 00:10:37      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
518431817      +E-mail/PDF: cbp@onemainfinancial.com Nov 26 2019 00:16:41      OneMain,    PO Box 3251,
                 Evansville, IN 47731-3251
518401241      +E-mail/PDF: cbp@onemainfinancial.com Nov 26 2019 00:16:41      Onemain,    PO Box 742536,
                 Cincinnati, OH 45274-2536
518510012       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 26 2019 00:29:18
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
518497140       E-mail/Text: bnc-quantum@quantum3group.com Nov 26 2019 00:10:35
                 Quantum3 Group LLC as agent for,    MOMA Trust LLC,    PO Box 788,    Kirkland, WA 98083-0788
518497756      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 26 2019 00:17:15      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 25

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518401240        Onemain
518401252        Wff Cards
cr*            +Nationstar Mortgage LLC d/b/a Mr. Cooper,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
518500833*       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
                                                                                   TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 25, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    U.S. Bank Trust National Association
               ajennings@rasflaw.com
              Marc C Capone    on behalf of Debtor Joseph  Lombardi 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
              Marc C Capone    on behalf of Joint Debtor Lorie A Lombardi 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Nov 25, 2019
                              Form ID: 186             Total Noticed: 62
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Marlena S. Diaz-Cobo   on behalf of Creditor   Sixty Acre Reserve Condominium Association, Inc. collections@theassociationlawyers.com

          Melissa N. Licker   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper NJ_ECF_Notices@mccalla.com

          Rebecca Ann Solarz   on behalf of Creditor   Nationstar Mortgage LLC D/B/A Mr. Cooper rsolarz@kmllawgroup.com

          Shauna M Deluca   on behalf of Creditor   U.S. Bank Trust National Association sdeluca@rasflaw.com

          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                   TOTAL: 10