| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Ramanjit K. Chawla<br>(NJ BAR ID #003972002)<br>Deputy Attorney General<br>R. J. Hughes Justice Complex<br>25 W. Market Street<br>P.O. Box 106<br>Trenton, New Jersey 08625<br>Attorney for the State of New Jersey,<br> Division of Taxation | Order Filed on December 27, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Joseph & Lorie Lombardi,<br><br>    Debtor(s). | Case No.: 19-25502(MBK)<br><br>Chapter 13<br><br>Judge: Michael B. Kaplan, U.S.B.J. |

CONSENT ORDER MODIFYING DEBTORS' CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: December 27, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case 19-25502-MBK    Doc 35    Filed 12/27/19    Entered 12/27/19 15:57:27    Desc Main
Document      Page 2 of 3

Page 2
Debtor: Joseph & Lorie Lombardi
Case No.: 19-25502
Caption of Order: CONSENT ORDER MODIFYING DEBTORS' CHAPTER 13 PLAN

---

THIS MATTER, having come before the Court by Debtors Joseph & Lorie Lombardi ("Debtors"), by and through their counsel Gillman Bruton Capone Law Group (Marc C. Capone, Esq., appearing), Debtors' Modified Chapter 13 Plan (Document Number 26); and the New Jersey Division of Taxation ("Taxation"), having filed Proofs of Claim (Claims Register Number, 26-2) represented by Gurbir S. Grewal, Attorney General (Ramanjit K. Chawla, Deputy Attorney General, appearing), having agreed to an amicable resolution of this matter; and for good cause shown;

(1) IT IS HEREBY ORDERED THAT Taxation's Amended Proofs of Claim (Claim Register Numbers 26-2 filed on December 6, 2019) are hereby allowed and treated as follows:

   a. The priority portion of Taxation's claim is allowed in its entirety in the amount of $6,236.88. Debtors' Modified Chapter 13 Plan is hereby amended to provide for full payment of this priority portion; and

   b. The general unsecured portion of Taxation's claim in the amount of $4,612.47 shall be treated as other general unsecured claims in Debtor's Plan.

(2) Debtors agree that if the liability is not satisfied at the close of Debtors' Chapter 13 Bankruptcy, such remaining liability will not be discharged and Taxation will seek payment of the remaining liability including interest and penalties computed to current date.

(3) IT IS FURTHER ORDERED that if any provision of this Consent Order conflicts with any other Order entered in this matter, including an order confirming Debtor's Chapter 13 Plan and/or discharge order, the provisions of this Order shall control.

Page 3
Debtor: Joseph & Lorie Lombardi
Case No.: 19-25502
Caption of Order: CONSENT ORDER MODIFYING DEBTORS' CHAPTER 13 PLAN

CONSENTED AS TO FORM AND ENTRY:

GILLMAN BRUTON CAPONE LAW GROUP
Attorneys for the Debtors

GURBIR S. GREWAL
Attorney General of New Jersey
Attorney for Taxation

_____
Marc C. Capone, Esq.

_____
Ramanjit K. Chawla
Deputy Attorney General    12/18/19