```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR
9004-2(c)

Ramanjit K. Chawla
(NJ BAR ID #003972002)
Deputy Attorney General
R. J. Hughes Justice Complex
25 W. Market Street
P.O. Box 106
Trenton, New Jersey 08625
Attorney for the State of New Jersey,
 Division of Taxation
```

Order Filed on December 27, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Joseph & Lorie Lombardi,

    Debtor(s).

Case No.: 19-25502(MBK)

Chapter 13

Judge: Michael B. Kaplan, U.S.B.J.

CONSENT ORDER MODIFYING DEBTORS' CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: December 27, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor: Joseph & Lorie Lombardi
Case No.: 19-25502
Caption of Order: CONSENT ORDER MODIFYING DEBTORS' CHAPTER 13 PLAN

---

THIS MATTER, having come before the Court by Debtors Joseph & Lorie Lombardi ("Debtors"), by and through their counsel Gillman Bruton Capone Law Group (Marc C. Capone, Esq., appearing), Debtors' Modified Chapter 13 Plan (Document Number 26); and the New Jersey Division of Taxation ("Taxation"), having filed Proofs of Claim (Claims Register Number, 26-2) represented by Gurbir S. Grewal, Attorney General (Ramanjit K. Chawla, Deputy Attorney General, appearing), having agreed to an amicable resolution of this matter; and for good cause shown;

(1) IT IS HEREBY ORDERED THAT Taxation's Amended Proofs of Claim (Claim Register Numbers 26-2 filed on December 6, 2019) are hereby allowed and treated as follows:

   a. The priority portion of Taxation's claim is allowed in its entirety in the amount of $6,236.88. Debtors' Modified Chapter 13 Plan is hereby amended to provide for full payment of this priority portion; and

   b. The general unsecured portion of Taxation's claim in the amount of $4,612.47 shall be treated as other general unsecured claims in Debtor's Plan.

(2) Debtors agree that if the liability is not satisfied at the close of Debtors' Chapter 13 Bankruptcy, such remaining liability will not be discharged and Taxation will seek payment of the remaining liability including interest and penalties computed to current date.

(3) IT IS FURTHER ORDERED that if any provision of this Consent Order conflicts with any other Order entered in this matter, including an order confirming Debtor's Chapter 13 Plan and/or discharge order, the provisions of this Order shall control.

**Page 3**
Debtor: Joseph & Lorie Lombardi
Case No.: 19-25502
Caption of Order: CONSENT ORDER MODIFYING DEBTORS' CHAPTER 13 PLAN

CONSENTED AS TO FORM AND ENTRY:

GILLMAN BRUTON CAPONE LAW GROUP
Attorneys for the Debtors

_____
Marc C. Capone, Esq.

GURBIR S. GREWAL
Attorney General of New Jersey
Attorney for Taxation

_____
Ramanjit K. Chawla
Deputy Attorney General    12/18/19

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-25502-MBK
Joseph Lombardi                                                         Chapter 13
Lorie A Lombardi
      Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1               Date Rcvd: Dec 27, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2019.
db/jdb        +Joseph Lombardi,   Lorie A Lombardi,   17 London Drive,   Jackson, NJ 08527-2615

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    U.S. Bank Trust National Association
               ajennings@rasflaw.com
              Marc C Capone     on behalf of Joint Debtor Lorie A Lombardi 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
              Marc C Capone     on behalf of Debtor Joseph  Lombardi 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
              Marlena S. Diaz-Cobo    on behalf of Creditor    Sixty Acre Reserve Condominium Association, Inc.
               collections@theassociationlawyers.com
              Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               NJ_ECF_Notices@mccalla.com
              Ramanjit K. Chawla    on behalf of Creditor    State Of New Jersey Division Of Taxation
               ramanjit.chawla@dol.lps.state.nj.us
              Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
               rsolarz@kmllawgroup.com
              Shauna M Deluca    on behalf of Creditor    U.S. Bank Trust National Association sdeluca@rasflaw.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11