UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

McGovern Legal Services, LLC
BY: Marlena S. Diaz-Cobo, Esq.
850 Carolier Lane
North Brunswick, New Jersey 08902
(732)246-1221
Attorneys for Sixty Acre Reserve Condominium Association, Inc.

In Re:

Joseph and Lorie A. Lombardi

Case No.: 19-25502

Chapter: 13

Hearing Date: January 22, 2020

Judge: Michael B. Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Stay Relief

_____

Date: 1/21/2020

S/ Marlena S. Diaz-Cobo, Esq.
Signature

*rev.8/1/15*