| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019

**Chapter 13 Case No. 19-25502 / MBK**

Joseph Lombardi

Lorie A Lombardi

Petition Filed Date: 08/09/2019

341 Hearing Date: 09/12/2019

Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/18/2019 | $950.00 | 6760806319 | 12/03/2019 | $950.00 | 6760806370 | | | |

**Total Receipts for the Period: $1,900.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $3,525.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Joseph Lombardi | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Marc C. Capone, Esq. | Attorney Fees | $0.00 | $0.00 | $0.00 |
|  |  | No Disbursements: No Check |  |  |  |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2016,2018 | Priority Crediors | $9,477.77 | $0.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2013-2015 | Unsecured Creditors | $21,088.76 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $1,141.39 | $0.00 | $0.00 |
| 4 | MERRICK BANK | Unsecured Creditors | $760.87 | $0.00 | $0.00 |
| 5 | SIXTY ACRE RESERVE CONDO ASSOC | Secured Creditors | $11,196.68 | $0.00 | $0.00 |
| 6 | SIXTY ACRE RESERVE CONDO ASSOC | Unsecured Creditors | $1,635.55 | $0.00 | $0.00 |
| 7 | ONEMAIN FINANCIAL GROUP, LLC. | Unsecured Creditors | $6,259.91 | $0.00 | $0.00 |
| 8 | NEW YORK STATE | Priority Crediors | $484.30 | $0.00 | $0.00 |
| 9 | HARLEY-DAVIDSON CREDIT<br>»» 2008 HARLEY DAVIDSON FXSTSSE SCREAMIN EAGLE | Debt Secured by Vehicle | $1,432.37 | $0.00 | $0.00 |
| 10 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $577.44 | $0.00 | $0.00 |
| 11 | TOYOTA LEASE TRUST<br>»» 2017 LEXUS NX200T | Debt Secured by Vehicle | $573.94 | $0.00 | $0.00 |
| 12 | NATIONSTAR MORTGAGE d/b/a MR. COOPER<br>»» NP/171 LILAC COURT/1ST MTG | Mortgage Arrears | $3,295.45 | $0.00 | $0.00 |
| 13 | Wells Fargo Bank, NA | Unsecured Creditors | $2,539.24 | $0.00 | $0.00 |
| 14 | WELLS FARGO BANK, N.A.<br>»» 2013 NISSAN ALTIMA | Debt Secured by Vehicle | $971.98 | $0.00 | $0.00 |
| 15 | CAPITAL ONE, NA<br>»» KOHL'S | Unsecured Creditors | $832.26 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-25502 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» VIC SECRET | Unsecured Creditors | $738.47 | $0.00 | $0.00 |
| 17 | Verizon by American InfoSource as Agent | Unsecured Creditors | $1,207.48 | $0.00 | $0.00 |
| 18 | CAPITAL ONE, NA<br>»» KOHL'S | Unsecured Creditors | $475.51 | $0.00 | $0.00 |
| 19 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK/DC-009198-17 | Unsecured Creditors | $1,928.71 | $0.00 | $0.00 |
| 20 | AMERICREDIT FINANCIAL SERVICES<br>»» 2014 HONDA ACCORD SEDAN | Debt Secured by Vehicle | $458.00 | $0.00 | $0.00 |
| 21 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CAPITAL ONE BANK | Unsecured Creditors | $1,258.93 | $0.00 | $0.00 |
| 22 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CREDIT ONE BANK | Unsecured Creditors | $2,798.39 | $0.00 | $0.00 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES<br>»» HOME DEPOT | Unsecured Creditors | $2,074.15 | $0.00 | $0.00 |
| 24 | MIDLAND CREDIT AS AGENT FOR<br>»» CREDIT ONE BANK/DC-008502-18 | Unsecured Creditors | $679.57 | $0.00 | $0.00 |
| 25 | MIDLAND CREDIT AS AGENT FOR<br>»» CITIBANK/BEST BUY | Unsecured Creditors | $2,520.99 | $0.00 | $0.00 |
| 26 | DEPARTMENT STORE NATIONAL BANK<br>»» MACY'S | Unsecured Creditors | $343.54 | $0.00 | $0.00 |
| 27 | US BANK TRUST, N.A.<br>»» P/17 LONDON DR/1ST MTG | Mortgage Arrears | $9,763.59 | $0.00 | $0.00 |
| 28 | NJ DIVISION OF TAXATION | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | NJ DIVISION OF TAXATION<br>»» 2016-2018/ORDER 12/27/19 | Priority Crediors | $6,236.88 | $0.00 | $0.00 |
| 30 | NJ DIVISION OF TAXATION<br>»» 2013-2019/ORDER 12/27/19 | Unsecured Creditors | $4,612.47 | $0.00 | $0.00 |
| 31 | ---- | | $0.00 | $0.00 | $0.00 |
| | | No Disbursements: No Check | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,525.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $815.00 |
| Paid to Trustee: | $253.80 | Arrearages: | $0.00 |
| Funds on Hand: | $3,271.20 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**