Order Filed on February 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
McGovern Legal Services, LLC
By: Marlena S. Diaz-Cobo, Esq.
850 Carolier Lane
North Brunswick, NJ 08902
(732) 246-1221
Attorneys for Sixty Acre Reserve Condominium Association, Inc.

---

In Re:

JOSEPH LOMBARDI AND LORIE A. LOMBARDI

Case No.: 19-25502

Judge: Michael B. Kaplan

Chapter: 13

## CONSENT ORDER RESOLVING CREDITOR'S MOTION FOR STAY RELIEF

The relief set forth on the following pages, numbered one (1) though four (4) is hereby **ORDERED**.

DATED: February 20, 2020

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

McGOVERN LEGAL SERVICES, LLC
BY: MARLENA S. DIAZ-COBO, ESQ.
850 CAROLIER LANE
NORTH BRUNSWICK, NEW JERSEY 08902
(732) 246-1221
ATTORNEYS FOR SIXTY ACRE RESERVE CONDOMINIUM ASSOCIATION, INC.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
IN PROCEEDINGS UNDER CHAPTER 13
OF THE BANKRUPTCY CODE

In re:

JOSEPH LOMBARDI AND
LORIE A. LOMBARDI

CASE NO.: 19-25502-MBK

Debtors.

**CONSENT ORDER**

**CONSENT ORDER RESOLVING CREDITOR'S MOTION FOR STAY RELIEF**

**THIS MATTER** having been brought before the court by McGovern Legal Services, LLC, attorneys for creditor, Sixty Acre Reserve Condominium Association, Inc. (the "Association"), by way of a Motion for Stay Relief and the parties having consented to the relief set forth herein, and for good cause shown and no cause to the contrary appearing;

**IT IS ORDERED, ADJUDGED AND DECREED THAT** the Debtors are indebted to the Association in the amount of $2,086.00 in post-petition maintenance fees, late fees and attorneys' fees related to the Association's attempts to collect unpaid post-petition fees through January 30, 2020 (the "Total Due"). The Total Due is detailed below:

| | |
|---|---|
| Maintenance Fees (9/1/19-1/1/20): | $1,090.00 |
| Late Fees: | $45.00 |
| Legal (work related to post-petition default through 1/30/2020, including filing fee): | $951.00 |

2

Total:                                                                                                   $2,086.00

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** the Debtors shall pay the Association $450.00 on or before February 15, 2020. Thereafter, the Debtors shall pay the Association $272.66 on or before March 1, 2020, $272.66 on or before April 1, 2020, $272.66 on or before May 1, 2020, $272.66 on or before June 1, 2020, $272.66 on or before July 1, 2020 and $272.70 on or before August 1, 2020 (the "Monthly Cure Payments"). The Monthly Cure Payments shall be paid by certified check made payable to Sixty Acre Reserve Condominium Association, Inc. and received by McGovern Legal Services, LLC, 850 Carolier Lane, North Brunswick, NJ 08902 on or before the first of each month until the Total Due is satisfied.

**IT IS FURTHER ORDRED, ADJUDGED AND DECREED THAT** the Debtors shall maintain their post-petition assessments and other post-petition obligations as they become due and owing to the Association commencing on February 1, 2020; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** if the Debtors fail to make the immediate payment specified above or fail to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Association may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtors' failure to comply with this order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' attorney.

3

WE HEREBY CONSENT TO THE FORM
AND ENTRY OF THIS CONSENT ORDER:

McGovern Legal Services, LLC
Attorneys for Sixty Acre Reserve
Condominium Association, Inc.

_____   2/10/2020
MARLENA S. DIAZ-COBO, ESQ.    DATE

_____   2/9/20
MARC C. CAPONE, ESQ.    DATE
Attorney for Debtor

4

```
United States Bankruptcy Court
      District of New Jersey
```

In re:                                                        Case No. 19-25502-MBK
Joseph Lombardi                                               Chapter 13
Lorie A Lombardi
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Feb 21, 2020
                              Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2020.
db/jdb         +Joseph Lombardi,   Lorie A Lombardi,   17 London Drive,   Jackson, NJ 08527-2615

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    U.S. Bank Trust National Association
               ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor    Harley-Davidson dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marc C Capone    on behalf of Joint Debtor Lorie A Lombardi mcapone@gbclawgroup.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
              Marc C Capone    on behalf of Debtor Joseph  Lombardi mcapone@gbclawgroup.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
              Marlena S. Diaz-Cobo    on behalf of Creditor    Sixty Acre Reserve Condominium Association, Inc.
               collections@theassociationlawyers.com
              Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               NJ_ECF_Notices@mccalla.com
              Ramanjit K. Chawla    on behalf of Creditor    State Of New Jersey Division Of Taxation
               ramanjit.chawla@dol.lps.state.nj.us
              Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
               rsolarz@kmllawgroup.com
              Shauna M Deluca    on behalf of Creditor    U.S. Bank Trust National Association sdeluca@rasflaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 12