Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–25502–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph Lombardi
17 London Drive
Jackson, NJ 08527

Lorie A Lombardi
17 London Drive
Jackson, NJ 08527

Social Security No.:
  xxx–xx–4444                                              xxx–xx–0449

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:      4/8/20
Time:     02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Marc C Capone, Debtor's Attorney

COMMISSION OR FEES
fee: $8275.00

EXPENSES
expenses: $384.25

If this is a chapter 13 case, the fees and expenses awarded:

- ☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 6, 2020
JAN:

                                              Jeanne Naughton
                                              Clerk

Case 19-25502-MBK    Doc 51    Filed 03/08/20    Entered 03/09/20 01:29:09    Desc Imaged
Certificate of Notice    Page 2 of 5

```
United States Bankruptcy Court
        District of New Jersey

In re:                                                    Case No. 19-25502-MBK
Joseph Lombardi                                           Chapter 13
Lorie A Lombardi
        Debtors                    CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: Mar 06, 2020
                              Form ID: 137             Total Noticed: 62


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2020.
db/jdb         +Joseph Lombardi,    Lorie A Lombardi,   17 London Drive,    Jackson, NJ 08527-2615
cr             +Sixty Acre Reserve Condominium Association, Inc.,    c/o McGovern Legal Services, LLC,
                 850 Carolier Lane,    North Brunswick, NJ 08902-3312
cr             +U.S. Bank Trust National Association,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
518482062       Capital One, N.A.,    c/o Becket and Lee LLP,   PO Box 3001,    Malvern PA 19355-0701
518401216      +Chase Auto,    Po Box 901003,   Ft Worth, TX 76101-2003
518401219      +Credit One Bank Na/LVNV Funding,    Po Box 98875,   Las Vegas, NV 89193-8875
518401220      +Dept of Taxation & Finance,    NYS Assessment Receivables,    PO Box 4127,
                 Binghamton, NY 13902-4127
518401221      +Equifax,    P.O. Box 740241,   Atlanta, GA 30374-0241
518401223      +Experian,    475 Anton Blvd,   Costa Mesa, CA 92626-7037
518450035      +Harley-Davidson Credit Corp.,    PO Box 9013,   Addison, Texas 75001-9013
518401230       Macy's,    PO Bo x9001094,   Louisville, KY 40290
518401231      +McGovern Legal Services, LLC,    850 Carolier Lane,    North Brunswick, NJ 08902-3312
518401232      +Mercantile Adjustment Bureau,    PO Box 9055,   Buffalo, NY 14231-9055
518506928      +Midland Funding LLC,    PO Box 2037,   Warren, MI 48090-2037
518401235      +Midland Funding/Best Buy,    Pressler & Pressler,    7 Entin Road,   Parsippany, NJ 07054-5020
518401236      +Mr. Cooper,    8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
518474949      +NATIONSTAR MORTGAGE LLC DBA MR COOPER,    ATTN: BANKRUPTCY DEPT,    PO BOX 619096,
                 DALLAS, TX 75261-9096
518416175      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
518401237      +Nationstar/Mr Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
518401238      +New Jersey Natural Gas,    PennCredit,   PO Box 69703,    Harrisburg, PA 17106-9703
518447460      +New York State Dept of Taxation,    POB 4127,   Albany, NY 12205-0300
518401239      +Nissan,    PO Box 742658,   Cincinnati, OH 45274-2658
518401242      +Portfolio- The Home Depot,    120 Corporate Blvd, Ste 1,    Norfolk, VA 23502-4952
518581898     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,   Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
518401243      +Sixty Acre Reserve Condo Assoc,    Taylor Management Company,    1 Nature Blvd,
                 Jackson, NJ 08527-4100
518401244      +State of NJ- Division of Taxation,    Pioneer Credit Recovery,    PO Box 1018,
                 Moorestown, NJ 08057-0018
518401245      +TD Bank,    PO Box 16029,   Lewiston, ME 04243-9507
518401246      +Tenaglia & Hunt,    395 West Passaic Street,   Suite 205,    Rochelle Park, NJ 07662-3016
518401247      +Tenaglia & Hunt, P.A.,    395 West Passaic St. Suite 205,    Rochelle Park, NJ 07662-3016
518463945      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
518401248      +Toyota Motor Credit,    Po Box 9786,   Cedar Rapids, IA 52409-0004
518401249       TransUnion,    P.O. Box 2000,   Crum Lynne, PA 19022
518401250       U S Dept Of Ed/Gsl/Atl,    Po Box 4222,   Iowa City, IA 52244
518516674      +U.S.BANK TRUST NATIONAL ASSOCIATION,    FAY SERVICING, LLC,    P.O. BOX 814609,
                 Dallas, TX 75381-4609
518479780      +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh NC 27605-1000
518478062       Wells Fargo Bank, N.A., Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
518401251      +Wells Fargo Dealer Svc,    Po Box 10709,   Raleigh, NC 27605-0709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 06 2020 23:23:43      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 06 2020 23:23:40      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518424043       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 06 2020 23:23:17
                 Americredit Financial Services, Inc.,   Dba GM Financial,   P.O Box 183853,
                 Arlington, TX 76096
518401215       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 06 2020 23:39:49
                 Capital One Bank Usa N,   15000 Capital One Dr,   Richmond, VA 23238
518454318      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 06 2020 23:39:25
                 Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518401217      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 06 2020 23:23:28      Comenitybank/Victoria,
                 Po Box 182789,   Columbus, OH 43218-2789
518401218      +E-mail/PDF: creditonebknotifications@resurgent.com Mar 06 2020 23:39:53      Credit One Bank Na,
                 Po Box 98875,   Las Vegas, NV 89193-8875
518514863       E-mail/Text: bnc-quantum@quantum3group.com Mar 06 2020 23:23:35
                 Department Stores National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
                 Kirkland, WA 98083-0657
518401222      +E-mail/Text: bankruptcy.notices@hdfsi.com Mar 06 2020 23:24:18      Esb/Harley Davidson Cr,
                 Po Box 21829,   Carson City, NV 89721-1829
```

```
District/off: 0312-3          User: admin             Page 2 of 3              Date Rcvd: Mar 06, 2020
                              Form ID: 137            Total Noticed: 62

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518401224      +E-mail/Text: fggbanko@fgny.com Mar 06 2020 23:22:58      Forster Garbus & Garbus,
                 7 Banta Place,    Hackensack, NJ 07601-5604
518401225      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 06 2020 23:23:17      Gm Financial,
                 Po Box 181145,    Arlington, TX 76096-1145
518401226      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 06 2020 23:23:10      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
518401227      +E-mail/Text: bncnotices@becket-lee.com Mar 06 2020 23:23:02      Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
518401228      +E-mail/Text: bncnotices@becket-lee.com Mar 06 2020 23:23:02      Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
518424901       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 06 2020 23:39:25      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518401229      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 06 2020 23:40:34      Lvnv Funding Llc,
                 Po Box 1269,    Greenville, SC 29602-1269
518427244       E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 06 2020 23:39:46      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
518401233      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 06 2020 23:39:45      Merrick Bank Corp,
                 Po Box 9201,    Old Bethpage, NY 11804-9001
518401234      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 06 2020 23:23:39      Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
518512292      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 06 2020 23:23:39      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
518431817      +E-mail/PDF: cbp@onemainfinancial.com Mar 06 2020 23:40:14      OneMain,    PO Box 3251,
                 Evansville, IN 47731-3251
518401241      +E-mail/PDF: cbp@onemainfinancial.com Mar 06 2020 23:40:14      Onemain,    PO Box 742536,
                 Cincinnati, OH 45274-2536
518510012       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 06 2020 23:39:52
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
518497140       E-mail/Text: bnc-quantum@quantum3group.com Mar 06 2020 23:23:35
                 Quantum3 Group LLC as agent for,    MOMA Trust LLC,    PO Box 788,    Kirkland, WA 98083-0788
518497756      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 06 2020 23:39:25      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 25

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518401240      Onemain
518401252      Wff Cards
cr*           +Nationstar Mortgage LLC d/b/a Mr. Cooper,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
518500833*     Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
                                                                                   TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2020 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    U.S. Bank Trust National Association
               ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor    Harley-Davidson dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marc C Capone    on behalf of Debtor Joseph  Lombardi mcapone@gbclawgroup.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Mar 06, 2020
                              Form ID: 137             Total Noticed: 62
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Marc C Capone    on behalf of Joint Debtor Lorie A Lombardi mcapone@gbclawgroup.com, docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com

        Marlena S. Diaz-Cobo    on behalf of Creditor    Sixty Acre Reserve Condominium Association, Inc. collections@theassociationlawyers.com

        Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper NJ_ECF_Notices@mccalla.com

        Ramanjit K. Chawla    on behalf of Creditor    State Of New Jersey Division Of Taxation ramanjit.chawla@dol.lps.state.nj.us

        Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper rsolarz@kmllawgroup.com

        Shauna M Deluca    on behalf of Creditor    U.S. Bank Trust National Association sdeluca@rasflaw.com

        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 12