| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Harley-Davidson | **Order Filed on March 9, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>    Joseph Lombardi, Lorie A. Lombardi<br><br>Debtors. | Case No.: 19-25502 MBK<br><br>Adv. No.:<br><br>Hearing Date: 2/26/2020 @ 9:00 a.m.<br><br>Judge: Michael B. Kaplan |

### ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: March 9, 2020**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

**(Page 2)**
Debtors:  Joseph Lombardi, Lorie A. Lombardi
Case No:  19-25502 MBK
Caption of Order:  ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY
_____

       This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Harley-Davidson, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to 2008 Harley-Davidson FXSTSSE2 Screamin Eagle, VIN: 1HD1PT9178Y958982, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Marc C. Capone, Esq., attorney for Debtor, and for good cause having been shown

       It is **ORDERED, ADJUDGED and DECREED** that as of February 27, 2020 Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due August 2019 through February 2020 for a total post-petition default of $2,871.74 (7 @ $410.25); and

       It is **ORDERED, ADJUDGED and DECREED** that the debtors are to make a lump sum payment of $821.00 immediately; and

       It is **ORDERED, ADJUDGED and DECREED** that the debtors are to make a lump sum payment of $1,000.00 by March 15, 2020; and

       It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $1,050.75 will be paid by Debtor remitting $175.12 per month for five months and $174.15 for one month in addition to the regular monthly payment, which additional payments shall begin on March 19, 2020 and continue for a period of six months until the post-petition arrears are cured; and

       It is further **ORDERED, ADJUDGED and DECREED** that regular payments are to resume March 19, 2020, directly to Secured Creditor's servicer, Harley-Davidson Credit Corp, Dept 15129, Palatine, Illinois 60055-5129; and

       It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

       It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

Case 19-25502-MBK    Doc 56    Filed 03/12/20    Entered 03/13/20 00:30:52    Desc Imaged
Certificate of Notice    Page 3 of 4

**(Page 3)**
Debtors:  Joseph Lombardi, Lorie A. Lombardi
Case No:  19-25502 MBK
Caption of Order:  ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY
_____

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph Lombardi  
Lorie A Lombardi  
    Debtors

Case No. 19-25502-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Mar 10, 2020  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2020.  
db/jdb       +Joseph Lombardi,    Lorie A Lombardi,    17 London Drive,    Jackson, NJ 08527-2615

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2020          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2020 at the address(es) listed below:

         Albert Russo    docs@russotrustee.com  
         Aleisha Candace Jennings    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper ajennings@rasflaw.com  
         Aleisha Candace Jennings    on behalf of Creditor    U.S. Bank Trust National Association ajennings@rasflaw.com  
         Denise E. Carlon    on behalf of Creditor    Harley-Davidson dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marc C Capone    on behalf of Joint Debtor Lorie A Lombardi mcapone@gbclawgroup.com, docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com  
         Marc C Capone    on behalf of Debtor Joseph Lombardi mcapone@gbclawgroup.com, docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com  
         Marlena S. Diaz-Cobo    on behalf of Creditor    Sixty Acre Reserve Condominium Association, Inc. collections@theassociationlawyers.com  
         Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper NJ_ECF_Notices@mccalla.com  
         Ramanjit K. Chawla    on behalf of Creditor    State Of New Jersey Division Of Taxation ramanjit.chawla@dol.lps.state.nj.us  
         Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper rsolarz@kmllawgroup.com  
         Shauna M Deluca    on behalf of Creditor    U.S. Bank Trust National Association sdeluca@rasflaw.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                          TOTAL: 12