| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Gillman, Bruton & Capone, LLC<br><br>Marc Capone, Esq.<br><br>60 Highway 71, Unit 2<br>Spring Lake Heights, NJ 07762<br>Phone #732-528-1166<br>Fax # 732-528-4458 | Order Filed on April 13, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Joseph Lombardi | Case No.: 19-25502 MBK<br><br>Chapter: 13<br><br>Judge: Michael Kaplan |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: April 13, 2020**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

4811-6116-5750, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Marc Capone _____, the applicant, is allowed a fee of $_____ 8,275.00 _____ for services rendered and expenses in the amount of $_____ 384.25 _____ for a total of $_____ 8,659.25 _____. The allowance is payable:

☒ $___ 6,159.25 ___ through the Chapter 13 plan as an administrative priority.

☒ $___ 2,500.00 ___ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ n/a _____ per month for ___ n/a ___ months to allow for payment of the above fee.

*rev.8/1/15*

4811-6116-5750, v. 1