UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
Gillman, Bruton & Capone, LLC

Marc Capone, Esq.

60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone #732-528-1166
Fax # 732-528-4458

Order Filed on April 13, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Joseph Lombardi

Case No.: 19-25502 MBK

Chapter: 13

Judge: Michael Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: April 13, 2020

Honorable Michael B. Kaplan
United States Bankruptcy Judge

4811-6116-5750, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Marc Capone_____, the applicant, is allowed a fee of $_____8,275.00_____ for services rendered and expenses in the amount of $_____384.25_____ for a total of $_____8,659.25_____. The allowance is payable:

- ☒ $___6,159.25___ through the Chapter 13 plan as an administrative priority.

- ☒ $___2,500.00___ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for ___n/a___ months to allow for payment of the above fee.

*rev.8/1/15*

2

4811-6116-5750, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph Lombardi  
Lorie A Lombardi  
    Debtors

Case No. 19-25502-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Apr 15, 2020  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2020.  
db/jdb       +Joseph Lombardi,    Lorie A Lombardi,    17 London Drive,    Jackson, NJ 08527-2615

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2020 at the address(es) listed below:

        Albert Russo   docs@russotrustee.com  
        Aleisha Candace Jennings   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper  
         ajennings@rasflaw.com  
        Aleisha Candace Jennings   on behalf of Creditor   U.S. Bank Trust National Association  
         ajennings@rasflaw.com  
        Denise E. Carlon   on behalf of Creditor   Harley-Davidson dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marc C Capone   on behalf of Joint Debtor Lorie A Lombardi ecf@gbclawgroup.com, mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com  
        Marc C Capone   on behalf of Debtor Joseph Lombardi ecf@gbclawgroup.com, mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com  
        Marlena S. Diaz-Cobo   on behalf of Creditor   Sixty Acre Reserve Condominium Association, Inc. collections@theassociationlawyers.com  
        Melissa N. Licker   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper NJ_ECF_Notices@mccalla.com  
        Ramanjit K. Chawla   on behalf of Creditor   State Of New Jersey Division Of Taxation ramanjit.chawla@dol.lps.state.nj.us  
        Rebecca Ann Solarz   on behalf of Creditor   Nationstar Mortgage LLC D/B/A Mr. Cooper rsolarz@kmllawgroup.com  
        Shauna M Deluca   on behalf of Creditor   U.S. Bank Trust National Association sdeluca@rasflaw.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                     TOTAL: 12