Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.: 19−25502−MBK
                    Chapter: 13
                    Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Joseph Lombardi                                       Lorie A Lombardi
   17 London Drive                                       17 London Drive
   Jackson, NJ 08527                                  Jackson, NJ 08527

Social Security No.:
   xxx−xx−4444                                              xxx−xx−0449

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 11/17/20 at 09:00 AM

to consider and act upon the following:

*63* − Creditor's Certification of Default (related document:33 Motion for Relief from Stay re: 171 Lilac Court, Jackson, NJ 08527. Fee Amount $ 181. filed by Creditor Sixty Acre Reserve Condominium Association, Inc.) filed by Marlena S. Diaz−Cobo on behalf of Sixty Acre Reserve Condominium Association, Inc.. Objection deadline is 11/5/2020. (Attachments: # 1 Exhibit A: Consent Order # 2 Exhibit B: Account History # 3 Proposed Order # 4 Certificate of Service) (Diaz−Cobo, Marlena)

Dated: 11/4/20

                                                                        Jeanne Naughton
                                                                        Clerk, U.S. Bankruptcy Court