| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ   08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |

| | |
|---|---|
| In re:<br><br>Joseph Lombardi<br>Lorie A Lombardi<br><br>                              Debtor(s) | Case No.: 19-25502 / MBK<br><br>Judge: Michael B. Kaplan<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 1/7/2022, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

    **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  1/7/2022                                                                                /s/  Kierstyn Buchanan

                                                                                                           Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Joseph Lombardi<br>Lorie A Lombardi<br>17 London Drive<br>Jackson, NJ   08527 | Debtor(s) | Regular Mail |
| Marc C. Capone, Esq.<br>Gillman Bruton & Capone<br>60 Highway 71, Ste. 2<br>Spring Lake Heights,  NJ   07762-1878 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |