Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19–25502–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joseph Lombardi | Lorie A Lombardi |
| 17 London Drive | 17 London Drive |
| Jackson, NJ 08527 | Jackson, NJ 08527 |

Social Security No.:
   xxx–xx–4444                    xxx–xx–0449

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 2/23/22 at 09:00 AM

to consider and act upon the following:

*108* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 1/21/2022. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 1/24/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court