UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Albert Russo
CN 4853
Trenton, NJ 08650
(609) 587-6888
Standing Chapter 13 Trustee

In Re:
JOSEPH LOMARDI
LORIE A. LOMBARDI
Debtor

Case No.: 19-25502 MBK
Chapter: 13
Hearing Date: 3/23/22
Judge: Michael B. Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☑ Settled      ☐ Withdrawn

Matter: the minutes of 3/23/22 confirmation are amended to correct the 2nd tier number of months as follows: $16,115 ptd (31); $400 x 2 beg 4/1/22; $1,230 x 51 beg 6/1/22

Date: 3/24/22

/s/ Albert Russo
Signature
Albert Russo
Standing Chapter 13 Trustee

rev.8/1/15