Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−25502−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Joseph Lombardi                                  Lorie A Lombardi
   17 London Drive                              17 London Drive
   Jackson, NJ 08527                         Jackson, NJ 08527

Social Security No.:
   xxx−xx−4444                                        xxx−xx−0449

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       4/27/22
Time:      02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Marc C Capone, Debtor's Attorney

COMMISSION OR FEES
fee: $1595.00

EXPENSES
$50.00

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured
           creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured
           creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 25, 2022
JAN:

                                                     Jeanne Naughton
                                                   Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Joseph Lombardi  
Lorie A Lombardi  
    Debtors

Case No. 19-25502-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Mar 25, 2022      Form ID: 137      Total Noticed: 65

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph Lombardi, Lorie A Lombardi, 17 London Drive, Jackson, NJ 08527-2615 |
| cr | + | Sixty Acre Reserve Condominium Association, Inc., c/o McGovern Legal Services, LLC, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| cr | + | Toyota Motor Credit Corporation as servicing agent, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518401219 | + | Credit One Bank Na/LVNV Funding, Po Box 98875, Las Vegas, NV 89193-8875 |
| 518401220 | + | Dept of Taxation & Finance, NYS Assessment Receivables, PO Box 4127, Binghamton, NY 13902-4127 |
| 518401221 | + | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 518401223 | + | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 518401230 | | Macy's, PO Bo x9001094, Louisville, KY 40290 |
| 518401231 | + | McGovern Legal Services, LLC, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 518401232 | + | Mercantile Adjustment Bureau, PO Box 9055, Buffalo, NY 14231-9055 |
| 518401235 | + | Midland Funding/Best Buy, Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518401236 | + | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518474949 | + | NATIONSTAR MORTGAGE LLC DBA MR COOPER, ATTN: BANKRUPTCY DEPT, PO BOX 619096, DALLAS, TX 75261-9096 |
| 518416175 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518401237 | + | Nationstar/Mr Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518401238 | + | New Jersey Natural Gas, PennCredit, PO Box 69703, Harrisburg, PA 17106-9703 |
| 518447490 | + | New York State Dept of Taxation, POB 5300, Albany, NY 12205-0300 |
| 518401239 | + | Nissan, PO Box 742658, Cincinnati, OH 45274-2658 |
| 518401242 | + | Portfolio- The Home Depot, 120 Corporate Blvd, Ste 1, Norfolk, VA 23502-4952 |
| 518401243 | + | Sixty Acre Reserve Condo Assoc, Taylor Management Company, 1 Nature Blvd, Jackson, NJ 08527-4100 |
| 518581898 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518401245 | + | TD Bank, PO Box 16029, Lewiston, ME 04243-9507 |
| 518401246 | + | Tenaglia & Hunt, 395 West Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |
| 518401247 | + | Tenaglia & Hunt, P.A., 395 West Passaic St. Suite 205, Rochelle Park, NJ 07662-3016 |
| 518401249 | | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 518401250 | | U S Dept Of Ed/Gsl/Atl, Po Box 4222, Iowa City, IA 52244 |
| 519535096 | + | U.S. Bank Trust National Association, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept, Houston TX 77042-4546 |
| 519535097 | + | U.S. Bank Trust National Association, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept, Houston TX 77042 U.S. Bank Trust National Association 77042-4546 |
| 518516674 | + | U.S.BANK TRUST NATIONAL ASSOCIATION, FAY SERVICING, LLC, P.O. BOX 814609, Dallas, TX 75381-4609 |
| 518479780 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 518478062 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518401251 | + | Wells Fargo Dealer Svc, Po Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 25 2022 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 25 2022 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

Case 19-25502-MBK    Doc 126    Filed 03/27/22    Entered 03/28/22 00:14:03    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 25, 2022 | Form ID: 137 | Total Noticed: 65 |

| Recipient ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| cr | + Email/Text: RASEBN@raslg.com | Mar 25 2022 20:44:00 | U.S. Bank Trust National Association, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518424043 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 25 2022 20:44:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 518401215 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 25 2022 20:45:45 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 518454318 | + Email/PDF: ebn_ais@aisinfo.com | Mar 25 2022 20:45:30 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518482062 | Email/PDF: bncnotices@becket-lee.com | Mar 25 2022 20:45:48 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518401217 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 25 2022 20:44:00 | Comenitybank/Victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 518401218 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 25 2022 20:45:29 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 518514863 | Email/Text: bnc-quantum@quantum3group.com | Mar 25 2022 20:44:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518401222 | + Email/Text: bankruptcy.notices@hdfsi.com | Mar 25 2022 20:44:00 | Esb/Harley Davidson Cr, Po Box 21829, Carson City, NV 89721-1829 |
| 518401224 | + Email/Text: fggbanko@fgny.com | Mar 25 2022 20:44:00 | Forster Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 518401225 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 25 2022 20:44:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 518450035 | + Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Mar 25 2022 20:44:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 518401226 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 25 2022 20:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518401216 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 25 2022 20:45:27 | Chase Auto, Po Box 901003, Ft Worth, TX 76101 |
| 518401227 | + Email/Text: PBNCNotifications@peritusservices.com | Mar 25 2022 20:43:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 518401228 | + Email/Text: PBNCNotifications@peritusservices.com | Mar 25 2022 20:43:00 | Kohls/Capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 518424901 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2022 20:45:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518401229 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2022 20:45:31 | Lvnv Funding Llc, Po Box 1269, Greenville, SC 29602-1269 |
| 518427244 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 25 2022 20:45:27 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518401233 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 25 2022 20:45:28 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518401234 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 25 2022 20:44:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 518512292 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 25 2022 20:44:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518506928 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 25 2022 20:44:00 | Midland Funding LLC, PO Box 2037, Warren, MI 48090-2037 |
| 518401236 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 25 2022 20:44:00 | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518474949 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 25 2022 20:44:00 | NATIONSTAR MORTGAGE LLC DBA MR |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 25, 2022 | Form ID: 137 | Total Noticed: 65 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | COOPER, ATTN: BANKRUPTCY DEPT, PO BOX 619096, DALLAS, TX 75261-9096 |
| 518401237 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 25 2022 20:44:00 | Nationstar/Mr Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518431817 | + | Email/PDF: cbp@onemainfinancial.com | Mar 25 2022 20:45:43 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 518401241 | + | Email/PDF: cbp@onemainfinancial.com | Mar 25 2022 20:45:43 | Onemain, PO Box 742536, Cincinnati, OH 45274-2536 |
| 518510012 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2022 20:45:30 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 518497140 | | Email/Text: bnc-quantum@quantum3group.com | Mar 25 2022 20:44:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518401244 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 25 2022 20:44:00 | State of NJ- Division of Taxation, Pioneer Credit Recovery, PO Box 1018, Moorestown, NJ 08057 |
| 518401246 | + | Email/Text: ClericalSupport@tenagliahunt.com | Mar 25 2022 20:44:00 | Tenaglia & Hunt, 395 West Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |
| 518401247 | + | Email/Text: ClericalSupport@tenagliahunt.com | Mar 25 2022 20:44:00 | Tenaglia & Hunt, P.A., 395 West Passaic St. Suite 205, Rochelle Park, NJ 07662-3016 |
| 518463945 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 25 2022 20:44:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518401248 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 25 2022 20:44:00 | Toyota Motor Credit, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 518401250 | | Email/Text: edbknotices@ecmc.org | Mar 25 2022 20:44:00 | U S Dept Of Ed/Gsl/Atl, Po Box 4222, Iowa City, IA 52244 |
| 518497756 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 25 2022 20:45:48 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 39

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518401240 | | Onemain |
| 518401252 | | Wff Cards |
| cr | *+ | Nationstar Mortgage LLC d/b/a Mr. Cooper, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518500833 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2022         Signature:         /s/Joseph Speetjens

Case 19-25502-MBK    Doc 126    Filed 03/27/22    Entered 03/28/22 00:14:03    Desc
Imaged Certificate of Notice    Page 6 of 6

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Mar 25, 2022 | Form ID: 137 | Total Noticed: 65 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank Trust National Association ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-C dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Harley-Davidson dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation as servicing agent for Toyota Lease Trust bk@stewartlegalgroup.com |
| Harold N. Kaplan | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper hkaplan@rasnj.com  informationathnk@aol.com |
| Marc C Capone | on behalf of Debtor Joseph Lombardi ecf@gbclawgroup.com mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com |
| Marc C Capone | on behalf of Joint Debtor Lorie A Lombardi ecf@gbclawgroup.com mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com |
| Marlena S. Diaz-Cobo | on behalf of Creditor Sixty Acre Reserve Condominium Association  Inc. collections@theassociationlawyers.com |
| Melissa N. Licker | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com |
| Ramanjit K. Chawla | on behalf of Creditor State Of New Jersey Division Of Taxation ramanjit.chawla@dol.lps.state.nj.us |
| Rebecca Ann Solarz | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper rsolarz@kmllawgroup.com |
| Shauna M Deluca | on behalf of Creditor U.S. Bank Trust National Association sdeluca@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 16