| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| **Robertson, Anschutz, Schneid, Crane & Partners, PLLC** Authorized Agent for Secured Creditor 130 Clinton Road, Lobby B, Suite 202 Fairfield, NJ 07004 Telephone: 973-575-0707 Facsimile: 973-404-8886 |
| In Re: **Joseph Lombardi,**      **Debtor.** **Lorie A Lombardi,**      **Joint Debtor.** |

**Order Filed on August 16, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: **19-25502-MBK**

Chapter 13

Judge: Michael B. Kaplan

## ORDER VACATING STAY

The relief set forth on the following pages, number two (2) through three (3) is hereby **ORDERED.**

**DATED: August 16, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: **Joseph Lombardi and Lorie A Lombardi**
Case No: **19-25502-MBK**
Caption of Order**: ORDER VACATING STAY**

---

Upon the motion of Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for good cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute, or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■      Real Property more fully described as:

171 Lilac Court, Jackson, NJ 08527

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ordered that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                        Case No. 19-25502-MBK

Joseph Lombardi                                                                    Chapter 13

Lorie A Lombardi

      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                                        Page 1 of 2

Date Rcvd: Aug 16, 2022                      Form ID: pdf903                                  Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2022:**

**Recip ID**        **Recipient Name and Address**
db/jdb         +  Joseph Lombardi, Lorie A Lombardi, 17 London Drive, Jackson, NJ 08527-2615

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2022 at the address(es) listed below:**

**Name**        **Email Address**

Albert Russo

      docs@russotrustee.com

Albert Russo

      on behalf of Trustee Albert Russo docs@russotrustee.com

Aleisha Candace Jennings

      on behalf of Creditor U.S. Bank Trust National Association ajennings@raslg.com

Aleisha Candace Jennings

      on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ajennings@raslg.com

Aleisha Candace Jennings

      on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association ajennings@raslg.com

District/off: 0312-3                              User: admin                                        Page 2 of 2
Date Rcvd: Aug 16, 2022                     Form ID: pdf903                              Total Noticed: 1

Denise E. Carlon
                         on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of Citigroup
                         Mortgage Loan Trust 2019-C dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
                         on behalf of Creditor Harley-Davidson dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Gavin Stewart
                         on behalf of Creditor Toyota Motor Credit Corporation as servicing agent for Toyota Lease Trust bk@stewartlegalgroup.com

Harold N. Kaplan
                         on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper hkaplan@rasnj.com  informationathnk@aol.com

Harold N. Kaplan
                         on behalf of Creditor U.S. Bank Trust National Association hkaplan@rasnj.com  informationathnk@aol.com

Marc C Capone
                         on behalf of Joint Debtor Lorie A Lombardi ecf@gbclawgroup.com
                         mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillma
                         n@ecf.courtdrive.com

Marc C Capone
                         on behalf of Debtor Joseph Lombardi ecf@gbclawgroup.com
                         mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillma
                         n@ecf.courtdrive.com

Marlena S. Diaz-Cobo
                         on behalf of Creditor Sixty Acre Reserve Condominium Association  Inc. collections@theassociationlawyers.com

Melissa N. Licker
                         on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mlicker@hillwallack.com
                         HWBKnewyork@ecf.courtdrive.com

Ramanjit K. Chawla
                         on behalf of Creditor State Of New Jersey Division Of Taxation ramanjit.chawla@dol.lps.state.nj.us

Rebecca Ann Solarz
                         on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper rsolarz@kmllawgroup.com

Shauna M Deluca
                         on behalf of Creditor U.S. Bank Trust National Association sdeluca@hasbanilight.com  hllawpc@gmail.com

U.S. Trustee
                         USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 18