Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19−25502−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Joseph Lombardi                                  Lorie A Lombardi
   17 London Drive                              17 London Drive
   Jackson, NJ 08527                          Jackson, NJ 08527

Social Security No.:
   xxx−xx−4444                                      xxx−xx−0449

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on January 11, 2023.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 11, 2023
JAN: rms

                                                                        Jeanne Naughton
                                                                        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-25502-MBK |
| Joseph Lombardi | Chapter 13 |
| Lorie A Lombardi | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Jan 11, 2023 | Form ID: 148 | Total Noticed: 67 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph Lombardi, Lorie A Lombardi, 17 London Drive, Jackson, NJ 08527-2615 |
| cr | + | Sixty Acre Reserve Condominium Association, Inc., c/o McGovern Legal Services, LLC, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| cr | + | Toyota Motor Credit Corporation as servicing agent, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518401219 | + | Credit One Bank Na/LVNV Funding, Po Box 98875, Las Vegas, NV 89193-8875 |
| 518401230 | | Macy's, PO Bo x9001094, Louisville, KY 40290 |
| 518401231 | + | McGovern Legal Services, LLC, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 518401235 | + | Midland Funding/Best Buy, Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518401238 | + | New Jersey Natural Gas, PennCredit, PO Box 69703, Harrisburg, PA 17106-9703 |
| 518401239 | + | Nissan, PO Box 742658, Cincinnati, OH 45274-2658 |
| 518401242 | + | Portfolio- The Home Depot, 120 Corporate Blvd, Ste 1, Norfolk, VA 23502-4952 |
| 518401243 | + | Sixty Acre Reserve Condo Assoc, Taylor Management Company, 1 Nature Blvd, Jackson, NJ 08527-4100 |
| 518581898 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518401245 | + | TD Bank, PO Box 16029, Lewiston, ME 04243-9507 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 11 2023 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 11 2023 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 11 2023 20:52:00 | U.S. Bank Trust National Association, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518424043 | | EDI: PHINAMERI.COM | Jan 12 2023 01:44:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 518401215 | | EDI: CAPITALONE.COM | Jan 12 2023 01:44:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 518454318 | + | EDI: AIS.COM | Jan 12 2023 01:44:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518482062 | | Email/PDF: bncnotices@becket-lee.com | Jan 11 2023 20:55:15 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518401217 | + | EDI: WFNNB.COM | Jan 12 2023 01:44:00 | Comenitybank/Victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 518401218 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 11 2023 20:55:03 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 518514863 | | EDI: Q3G.COM | | |

Case 19-25502-MBK    Doc 148    Filed 01/13/23    Entered 01/14/23 00:17:14    Desc
Imaged Certificate of Notice    Page 3 of 6

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 11, 2023 | Form ID: 148 | Total Noticed: 67 |

| | | | |
|---|---|---|---|
| | | Jan 12 2023 01:44:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518401220 | + Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jan 11 2023 20:53:00 | Dept of Taxation & Finance, NYS Assessment Receivables, PO Box 4127, Binghamton, NY 13902-4127 |
| 518401221 | ^ MEBN | Jan 11 2023 20:47:37 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 518401222 | + Email/Text: bankruptcy.notices@hdfsi.com | Jan 11 2023 20:53:00 | Esb/Harley Davidson Cr, Po Box 21829, Carson City, NV 89721-1829 |
| 518401223 | ^ MEBN | Jan 11 2023 20:48:32 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 518401224 | + Email/Text: fggbanko@fgny.com | Jan 11 2023 20:52:00 | Forster Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 518401225 | + EDI: PHINAMERI.COM | Jan 12 2023 01:44:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 518450035 | + Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jan 11 2023 20:52:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 518401226 | + EDI: IRS.COM | Jan 12 2023 01:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518401216 | EDI: JPMORGANCHASE | Jan 12 2023 01:44:00 | Chase Auto, Po Box 901003, Ft Worth, TX 76101 |
| 518401227 | + Email/Text: PBNCNotifications@peritusservices.com | Jan 11 2023 20:52:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 518401228 | + Email/Text: PBNCNotifications@peritusservices.com | Jan 11 2023 20:52:00 | Kohls/Capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 518424901 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 11 2023 20:55:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518401229 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 11 2023 20:55:14 | Lvnv Funding Llc, Po Box 1269, Greenville, SC 29602-1269 |
| 518427244 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 11 2023 20:55:01 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518401232 | ^ MEBN | Jan 11 2023 20:48:58 | Mercantile Adjustment Bureau, PO Box 9055, Buffalo, NY 14231-9055 |
| 518401233 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 11 2023 20:55:11 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518401234 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 11 2023 20:53:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 518512292 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 11 2023 20:53:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518506928 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 11 2023 20:53:00 | Midland Funding LLC, PO Box 2037, Warren, MI 48090-2037 |
| 518401236 | + Email/Text: nsm_bk_notices@mrcooper.com | Jan 11 2023 20:52:00 | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518474949 | + Email/Text: nsm_bk_notices@mrcooper.com | Jan 11 2023 20:52:00 | NATIONSTAR MORTGAGE LLC DBA MR COOPER, ATTN: BANKRUPTCY DEPT, PO BOX 619096, DALLAS, TX 75261-9096 |
| 518416175 | + Email/Text: RASEBN@raslg.com | Jan 11 2023 20:52:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518401237 | + Email/Text: nsm_bk_notices@mrcooper.com | Jan 11 2023 20:52:00 | Nationstar/Mr Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518447490 | + Email/Text: nys.dtf.bncnotice@tax.ny.gov | | |

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 11, 2023 | Form ID: 148 | Total Noticed: 67 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 11 2023 20:53:00 | New York State Dept of Taxation, POB 5300, Albany, NY 12205-0300 |
| 518431817 | + | EDI: AGFINANCE.COM | | |
| | | | Jan 12 2023 01:44:00 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 518401241 | + | EDI: AGFINANCE.COM | | |
| | | | Jan 12 2023 01:44:00 | Onemain, PO Box 742536, Cincinnati, OH 45274-2536 |
| 518510012 | | EDI: PRA.COM | | |
| | | | Jan 12 2023 01:44:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 518497140 | | EDI: Q3G.COM | | |
| | | | Jan 12 2023 01:44:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518401244 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | | Jan 11 2023 20:52:00 | State of NJ- Division of Taxation, Pioneer Credit Recovery, PO Box 1018, Moorestown, NJ 08057 |
| 518401246 | + | Email/Text: ClericalSupport@tenagliahunt.com | | |
| | | | Jan 11 2023 20:52:00 | Tenaglia & Hunt, 395 West Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |
| 518401247 | + | Email/Text: ClericalSupport@tenagliahunt.com | | |
| | | | Jan 11 2023 20:52:00 | Tenaglia & Hunt, P.A., 395 West Passaic St. Suite 205, Rochelle Park, NJ 07662-3016 |
| 518463945 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
| | | | Jan 11 2023 20:52:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519630124 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Jan 11 2023 20:55:07 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518401248 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | | Jan 11 2023 20:52:00 | Toyota Motor Credit, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 518401249 | ^ | MEBN | | |
| | | | Jan 11 2023 20:48:06 | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 518401250 | | Email/Text: edbknotices@ecmc.org | | |
| | | | Jan 11 2023 20:52:00 | U S Dept Of Ed/Gsl/Atl, Po Box 4222, Iowa City, IA 52244 |
| 519535096 | + | Email/Text: bkteam@selenefinance.com | | |
| | | | Jan 11 2023 20:52:00 | U.S. Bank Trust National Association, Selene Finance, LP, Attn: BK Dept, 3501 Olympus Blvd Ste 500, Dallas, TX 75019-6295 |
| 518516674 | ^ | MEBN | | |
| | | | Jan 11 2023 20:47:51 | U.S.BANK TRUST NATIONAL ASSOCIATION, FAY SERVICING, LLC, P.O. BOX 814609, Dallas, TX 75381-4609 |
| 519700720 | ^ | MEBN | | |
| | | | Jan 11 2023 20:46:56 | US Bank Trust NA, SN Servicing Corporation, 323 5th Street, Eureka, CA 95501, US Bank Trust NA, SN Servicing Corporation 95501-0305 |
| 519700719 | ^ | MEBN | | |
| | | | Jan 11 2023 20:46:55 | US Bank Trust NA, SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 518497756 | + | EDI: AIS.COM | | |
| | | | Jan 12 2023 01:44:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518479780 | + | EDI: WFFC2 | | |
| | | | Jan 12 2023 01:44:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 518478062 | | EDI: WFFC2 | | |
| | | | Jan 12 2023 01:44:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518401251 | + | EDI: WFFC2 | | |
| | | | Jan 12 2023 01:44:00 | Wells Fargo Dealer Svc, Po Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 54

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518401240 | | Onemain |
| 518401252 | | Wff Cards |
| cr | *+ | Nationstar Mortgage LLC d/b/a Mr. Cooper, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518500833 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519535097 | *+ | U.S. Bank Trust National Association, Selene Finance, LP, Attn: BK Dept, 3501 Olympus blvd Ste 500, Dallas, TX 75019-6295 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank Trust National Association ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-C dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Harley-Davidson dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation as servicing agent for Toyota Lease Trust bk@stewartlegalgroup.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank Trust National Association hkaplan@rasnj.com  kimwilson@raslg.com |
| Harold N. Kaplan | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper hkaplan@rasnj.com  kimwilson@raslg.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of Igloo Series V Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com |
| Marc C Capone | on behalf of Debtor Joseph Lombardi ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com |

| District/off: 0312-3 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jan 11, 2023 | Form ID: 148 | Total Noticed: 67 |

Marc C Capone
    on behalf of Joint Debtor Lorie A Lombardi ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com

Marlena S. Diaz-Cobo
    on behalf of Creditor Sixty Acre Reserve Condominium Association  Inc. collections@theassociationlawyers.com

Melissa N. Licker
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com

Ramanjit K. Chawla
    on behalf of Creditor State Of New Jersey Division Of Taxation ramanjit.chawla@dol.lps.state.nj.us

Shauna M Deluca
    on behalf of Creditor U.S. Bank Trust National Association sdeluca@hasbanilight.com  hllawpc@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 19