| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Albert Russo<br>PO Box 4853<br>Trenton,  NJ    08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | **Order Filed on January 11, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>Joseph Lombardi<br>Lorie A Lombardi<br><br><br><br>Debtor(s) | Case No.: 19-25502 / MBK<br><br>Chapter 13<br><br>Hearing Date: 01/11/2023  at 9:00 AM<br><br>Judge: Michael B. Kaplan |

### CHAPTER 13 TRUSTEE POST-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 11, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 1 of 2

*rev. 5/8/2017*

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Available funds on hand received prior to dismissal shall be distributed by the Chapter 13 Standing Trustee pursuant to the confirmed plan and any orders entered by the Court before returning funds to the debtor.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-25502-MBK |
| Joseph Lombardi | Chapter 13 |
| Lorie A Lombardi | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 11, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph Lombardi, Lorie A Lombardi, 17 London Drive, Jackson, NJ 08527-2615 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank Trust National Association ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association ajennings@raslg.com |

Case 19-25502-MBK    Doc 149    Filed 01/13/23    Entered 01/14/23 00:17:14    Desc
Imaged Certificate of Notice    Page 4 of 4

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 11, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Denise E. Carlon
    on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-C dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor Harley-Davidson dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Gavin Stewart
    on behalf of Creditor Toyota Motor Credit Corporation as servicing agent for Toyota Lease Trust bk@stewartlegalgroup.com

Harold N. Kaplan
    on behalf of Creditor U.S. Bank Trust National Association hkaplan@rasnj.com kimwilson@raslg.com

Harold N. Kaplan
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper hkaplan@rasnj.com kimwilson@raslg.com

Jonathan C. Schwalb
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Igloo Series V Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Marc C Capone
    on behalf of Joint Debtor Lorie A Lombardi ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com

Marc C Capone
    on behalf of Debtor Joseph Lombardi ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com

Marlena S. Diaz-Cobo
    on behalf of Creditor Sixty Acre Reserve Condominium Association Inc. collections@theassociationlawyers.com

Melissa N. Licker
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com

Ramanjit K. Chawla
    on behalf of Creditor State Of New Jersey Division Of Taxation ramanjit.chawla@dol.lps.state.nj.us

Shauna M Deluca
    on behalf of Creditor U.S. Bank Trust National Association sdeluca@hasbanilight.com hllawpc@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 19